# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of District of Columbia

Case Number: 1:24-cv-03365-CJN

Plaintiff:
**LIAT ATZILI**

vs.

Defendant:
**Islamic Republic of Iran, et al**

Received by Bryan Blair Process Serving on the 6th day of December, 2024 at 1:16 pm to be served on **BAM Trading Services Inc. d/b/a Binance.US, 1090 Vermont Avenue NW, Washington, DC 20005**.

I, Kurt Vogelberger, do hereby affirm that on the **19th day of December, 2024** at **3:30 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons & Complaint** with the date and hour of service endorsed thereon by me, to: **Alex Hannigan, Litigation Management Representative for CSC** as **Registered Agent** at the address of: **1090 Vermont Avenue NW, Washington, DC 20005** on behalf of **BAM Trading Services Inc. d/b/a Binance.US**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 23, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 130, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction where the process was served.

*Kurt Vogelberger*

**Kurt Vogelberger**
Process Server

**Bryan Blair Process Serving
21373 W Brittle Bush Ln.
Buckeye, AZ 85396
(623) 300-8468**

Our Job Serial Number: BYN-2024010715
Ref: 2289424

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V