IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIAT ATZILI,<br><br>*Plaintiff*,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN<br>Ministry of Foreign Affairs<br>Khomeini Avenue<br>United Nations Street<br>Tehran, Iran,<br><br>HARAKAT AL-MUQAWAMA AL-ISLAMIYA A/K/A/ HAMAS<br>c/o Waqfiya Al-Ri'aya Al Usra Al-Filistinya Wa Al-Lubnanya<br>PO Box 1267925<br>Beirut, Lebanon,<br><br>BINANCE HOLDINGS LIMITED, D/B/A BINANCE.COM<br>Sertus Chambers, Governers Square<br>Suite #5-204<br>23 Lime Tree Bay Avenue<br>P.O. Box 2547<br>Grand Cayman, KY1-1104<br>Cayman Islands,<br><br>BAM MANAGEMENT US HOLDINGS, INC.<br>252 NW 29th Street<br>Suite 905<br>Miami, Florida 33217,<br><br>BAM TRADING SERVICES INC. D/B/A BINANCE.US<br>252 NW 29th Street<br>Suite 905<br>Miami, Florida 33217,<br><br>AND | Civil Action No. 1:24-cv-03365-CJN<br><br>**PLAINTIFF'S MOTION TO SERVE DEFENDANTS CHANGPENG ZHAO AND HARAKAT AL-MUQAWAMA AL-ISLAMIYA PURSUANT TO FED. R. CIV. P. 4(f)(3)**<br><br>**ORAL ARGUMENT REQUESTED** |

1

| | |
|---|---|
| CHANGPENG ZHAO<br>118, 57VJ+6HW - Dubai Fountain St<br>Downtown Dubai<br>Dubai<br>United Arab Emirates,<br><br>                    *Defendants*. | |

Plaintiff Liat Atzili, by and through counsel, respectfully moves this Court to find that Plaintiff has sufficiently served both Hamas and Changpeng Zhao ("CZ"). To the extent the Court determines that service to this point has not satisfied the requirements of Rule 4, Plaintiff alternatively requests permission from the Court serve CZ and Hamas through alternate means in accordance with Fed. R. Civ. P. 4(f)(3). Further, to the extent the Court is not inclined to permit these defendants to be served via alternative means, Plaintiff respectfully requests an extension of the time required to serve the defendants via other means. Plaintiff's Motion is supported by the concurrently filed Memorandum of Law, Declaration of Marlene J. Goldenberg, Exhibits A-E, and a proposed Order.

Dated: February 5, 2025

Respectfully Submitted,

| | |
|---|---|
| */s/ Marlene J. Goldenberg* | */s/ Amanda Fox Perry* |
| Marlene J. Goldenberg (DC Bar No. 166040) | Amanda Fox Perry (DC Bar No. 230024) |
| **NIGH GOLDENBERG RASO & VAUGHN PLLC** | **FOX MCKENNA PLLC** |
| 14 Ridge Square | 14 Ridge Square |
| Third Floor | Third Floor |
| Washington, D.C. 20016 | Washington, D.C. 20016 |
| Phone: (202) 978-2228 | Phone: (202) 852-2000 |
| Fax: (202) 792-7927 | Fax: (202) 915-0244 |
| mgoldenberg@nighgoldenberg.com | amanda@foxmckenna.com |
| | |
| Samantha V. Hoefs *(pro hac vice forthcoming)* | Elyse McKenna *(pro hac vice forthcoming)* |
| **NIGH GOLDENBERG RASO & VAUGHN PLLC** | **FOX MCKENNA PLLC** |
| 60 South 6th Street | 14 Ridge Square |

| | |
|---|---|
| Suite 2800 | Third Floor |
| Minneapolis, MN 55402 | Washington, D.C. 20016 |
| Phone: (612) 445-0202 | Phone: (202) 852-2000 |
| Fax: (202) 792-7927 | Fax: (202) 915-0244 |
| shoefs@nighgoldenberg.com | elyse@foxmckenna.com |

*Attorneys for Plaintiff*