IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIAT ATZILI,<br><br>   *Plaintiff*,<br><br> v.<br><br>ISLAMIC REPUBLIC OF IRAN<br>Ministry of Foreign Affairs<br>Khomeini Avenue<br>United Nations Street<br>Tehran, Iran,<br><br>HARAKAT AL-MUQAWAMA AL-ISLAMIYA A/K/A/ HAMAS<br>c/o Waqfiya Al-Ri'aya Al Usra Al-Filistinya Wa Al-Lubnanya<br>PO Box 1267925<br>Beirut, Lebanon,<br><br>BINANCE HOLDINGS LIMITED, D/B/A BINANCE.COM<br>Sertus Chambers, Governers Square<br>Suite #5-204<br>23 Lime Tree Bay Avenue<br>P.O. Box 2547<br>Grand Cayman, KY1-1104<br>Cayman Islands,<br><br>BAM MANAGEMENT US HOLDINGS, INC.<br>252 NW 29th Street<br>Suite 905<br>Miami, Florida 33217,<br><br>BAM TRADING SERVICES INC. D/B/A BINANCE.US<br>252 NW 29th Street<br>Suite 905<br>Miami, Florida 33217,<br><br>AND | Civil Action No. 1:24-cv-03365-CJN<br><br>**DECLARATION OF MARLENE J. GOLDENBERG IN SUPPORT OF PLAINTIFF'S MOTION TO SERVE DEFENDANTS CHANGPENG ZHAO AND HARAKAT AL-MUQAWAMA AL-ISLAMIYA PURSUANT TO FED. R. CIV. P. 4(f)(3)** |

1

| | |
|---|---|
| CHANGPENG ZHAO<br>118, 57VJ+6HW - Dubai Fountain St<br>Downtown Dubai<br>Dubai<br>United Arab Emirates,<br><br>　　　　　　　*Defendants*. | |

1. I, Marlene J. Goldenberg, declare and state as follows:

2. I am a partner at Nigh Goldenberg Raso & Vaughn PLLC and counsel for Plaintiff in the above-captioned matter.

3. I submit this Declaration in support of Plaintiffs' Motion to Serve Defendants Changpeng Zhao and Harakat Al-Muqawama Al-Islamiya pursuant to Fed. R. Civ. P. 4(f)(3). I declare under penalty of perjury that the foregoing is true and correct

4. Following the commencement of this action, I was contacted by counsel for BHL and the BAM Defendants. During one of our conversations, I asked counsel for BHL and for BAM if either would be representing Defendant Zhao in this action. Attorneys at each firm told me they do not currently represent him in this action.

5. After confirming that CZ was not presently represented in this action, on January 10, 2025, my office FedEx-ed the Summons and Complaint to the address for CZ in Dubai. According to the tracking notice, the package was delivered to CZ's residence and was signed for on January 13, 2025.

6. My office contacted several postal carriers to inquire about mailing a copy of the Summons and Complaint to the address we have to Hamas in Lebanon, and many informed us that they would not deliver to Lebanon. We were, however, able to mail a copy of the Summons

and Complaint to the designated address in Lebanon via the United States Postal Service (USPS).

7. The envelope was sent with tracking and did enter Lebanon and clear customs on January 21, 2025, but USPS recently informed my office that the package can no longer be located, and delivery cannot be confirmed.

8. **Attached hereto as Exhibit A** is a true and correct copy of the Notice of Appearance on behalf of Binance Holdings Limited and Changpeng Zhao filed by Anirudh Bansal in *Ranaan et al. v. Binance Holdings Limited, et al.* Anirudh Bansal serves as counsel for Binance Holdings Limited in the above-captioned matter.

9. **Attached hereto as Exhibit B** is a true and correct copy of the Notice of Appearance on behalf of Binance Holdings Limited and Changpeng Zhao filed by Sesi Garimella in *Ranaan et al. v. Binance Holdings Limited, et al.* Sesi Garimella serves as counsel for Binance Holdings Limited in the above-captioned matter.

10. **Attached hereto as Exhibit C** is a true and correct copy of the Notice of Appearance on behalf of Binance Holdings Limited and Changpeng Zhao filed by Samson Enzer in *Ranaan et al. v. Binance Holdings Limited, et al.* Samson Enzer serves as counsel for Binance Holdings Limited in the above-captioned matter.

11. **Attached hereto as Exhibit D** is a true and correct copy of the tracking information for the Summons and Complaint which was sent to Defendant Zhao's personal residence in the United Arab Emirates.

12. **Attached hereto as Exhibit E** is a true and correct copy of the tracking information for the Summons and Complaint which was sent to Hamas at its address in Lebanon.

Dated: February 5, 2025 /s/ *Marlene J. Goldenberg*
Marlene J. Goldenberg