# EXHIBIT D

Civil Action No. <u>1:24-cv-03365-CJN</u>


Dear Customer,

The following is the proof-of-delivery for tracking number: 771354714668

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | X.WAQAR | Delivery Location: | 118 RESIDENCE SEC RECP 118 57V |
| Service type: | FedEx International Priority | | |
| Special Handling: | Deliver Weekday; Residential Delivery | | DOWNTOWN, DU, |
| | | Delivery date: | Jan 13, 2025 16:08 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 771354714668 | Ship Date: | Jan 10, 2025 |
| | | Weight: | 1.4 LB/0.64 KG |

Recipient:
CHANGPENG ZHAO,
118, 57VJ+6HW
DUBAI FOUNTAIN STREET
DOWNTOWN, DU, AE,

Shipper:
MARLENE GOLDENBERG, NIGH GOLDENBERG RASO   VAUGHN
14 RIDGE SQ NW
3RD FLOOR
WASHINGTON, DC, US, 20016



Thank you for choosing FedEx


# FedEx

FedEx Tracking    Track Another Shipment    Local Scan Time ⌄    Help    ⬤ Try our new design



SHOPRUNNER by FedEx
**Ready to shop again?**
Get exclusive deals at your favorite stores.

SHOP NOW

**DELIVERED**

## Monday

1/13/25 at 4:08 PM

Signed for by: X.WAQAR

⬇ Obtain proof of delivery

**DELIVERY STATUS**

Delivered ✅

**ADD YOUR EMAIL TO STAY UPDATED ON THIS SHIPMENT**

GET UPDATES

MORE OPTIONS

**TRACKING ID**

771354714668 ✏ ☆

**FROM**
WASHINGTON, DC US
Label Created
1/10/25 4:04 PM

**WE HAVE YOUR PACKAGE**
WASHINGTON, DC
1/10/25 5:20 PM

**ON THE WAY**
DUBAI CITY AE
1/13/25 7:28 AM

**OUT FOR DELIVERY**
DUBAI CITY AE
1/13/25 8:42 AM

**DELIVERED**
DOWNTOWN, DU AE
Delivered
1/13/25 at 4:08 PM

⬇ View travel history

## Shipment facts

### 📦 Shipment overview

| | |
|---|---|
| TRACKING NUMBER | 771354714668 |
| DELIVERED TO | Residence |
| SHIP DATE ⓘ | 1/10/25 |
| STANDARD TRANSIT ⓘ | 1/13/25 before 8:00 PM |
| DELIVERED | 1/13/25 at 4:08 PM |

### 🖥 Services

| | |
|---|---|
| SERVICE | FedEx International Priority |
| TERMS | Third Party |
| SPECIAL HANDLING SECTION | Deliver Weekday, Residential Delivery |

### 🛍 Package details

| | |
|---|---|
| WEIGHT | 1.4 lbs / 0.64 kgs |
| TOTAL PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 1.4 lbs / 0.64 kgs |
| PACKAGING | FedEx Envelope |

⬆ Back to top

## Travel history



SORT BY DATE/TIME: Ascending ⌄    Time zone: Local Scan Time ⌄

| Date | Time | Activity | Location |
|---|---|---|---|
| Friday, 1/10/25 | 5:04 PM | Picked up | WASHINGTON, DC |
| | 4:04 PM | Shipment information sent to FedEx | |
| | 5:20 PM | Picked up | WASHINGTON, DC |
| | 9:09 PM | Left FedEx origin facility | WASHINGTON, DC |
| Saturday, 1/11/25 | 12:23 AM | Arrived at FedEx hub | MEMPHIS, TN |
| | 2:11 AM | On the way | MEMPHIS, TN |
| | 3:41 AM | On the way | MEMPHIS, TN |
| | 5:42 AM | Delivery updated Your package may be late- local delivery restrictions | MEMPHIS, TN |
| | 5:42 AM | On the way | MEMPHIS, TN |
| | 5:42 AM | Departed FedEx hub | MEMPHIS, TN |
| | 5:43 AM | On the way | MEMPHIS, TN |
| | 5:44 AM | On the way Your package may be late- local delivery restrictions | MEMPHIS, TN |
| Sunday, 1/12/25 | 6:45 AM | On the way | DUBAI WORLD CENTRAL (DWC) AE |
| | 6:45 AM | On the way Package available for clearance | DUBAI WORLD CENTRAL (DWC) AE |
| | 10:49 PM | On the way | DUBAI WORLD CENTRAL (DWC) AE |
| Monday, 1/13/25 | 7:28 AM | At local FedEx facility | DUBAI CITY AE |
| | 8:42 AM | On FedEx vehicle for delivery | DUBAI CITY AE |
| | 4:08 PM | Delivered | DOWNTOWN AE |

⬆ Back to top

## Watch list

You do not currently have any Watch list shipments.

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers

**MORE FROM FEDEX**
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

**LANGUAGE**
🌐 United States

FOLLOW FEDEX ✉ 📘 f 𝕏 📷 in ▶ 📌


