# EXHIBIT E

Civil Action No. <u>1:24-cv-03365-CJN</u>

≡USPS.COM®

Quick Tools | Send | Receive | Shop | Business | International | Help | 🔍

Register / Sign In
📍 Locations | 🎧 Support | ✉ Informed Delivery

ALERT: WINTER STORMS IN THE SOUTHERN, SOUTHEAST, AND NORTHEAST AND WILDFIRES AND EMERGENCY EVENTS IN THE LOS ANGELES METRO AREA U.S. MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE >

## USPS Tracking®

Tracking | FAQs >

Track Packages Anytime, Anywhere | Get the free Informed Delivery® feature to receive automated notifications on your packages | Learn More

Tracking Number:
Remove ✕
## CJ452579776US
📋 Copy   ➕ Add to Informed Delivery

**Latest Update**

Your item is being processed by customs in LEBANON at 2:20 pm on January 21, 2025.

Get More Out of USPS Tracking:
📍 USPS Tracking Plus®

**Customs Transit**
Customs Clearance
LEBANON
January 21, 2025, 2:20 pm

Customs Clearance Processing Complete
LEBANON
January 21, 2025, 11:21 am

Customs Clearance
LEBANON
January 15, 2025, 9:26 am

Processed Through Facility
LEBANON
January 15, 2025, 9:23 am

Missing Mail Search Request Initiated, Missing Mail Search Request ID MRC 25 1994 4116
January 10, 2025, 2:21 pm

In Transit to Next Facility
December 29, 2024

Arrived at USPS Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER, UNITED STATES
December 25, 2024, 11:39 am

Processed Through USPS Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER
December 19, 2024, 3:21 pm

Arrived at USPS Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER
December 19, 2024, 3:20 pm

Arrived at USPS Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER, UNITED STATES
December 19, 2024, 3:20 pm

Arrived at USPS Regional Facility
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
December 16, 2024, 5:02 pm

Arrived at USPS Regional Facility
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
December 16, 2024, 5:01 pm

Arrived at USPS Regional Facility
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
December 16, 2024, 5:18 am

Arrived at USPS Regional Facility
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
December 16, 2024, 5:18 am

Arrived at USPS Regional Facility
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
December 15, 2024, 8:56 pm

Arrived at USPS Regional Facility
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
December 15, 2024, 8:55 pm

Arrived at USPS Regional Facility
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
December 15, 2024, 3:11 pm

Arrived at USPS Regional Facility
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
December 15, 2024, 3:10 pm

Arrived at USPS Facility
SAINT PAUL MN 55131
December 12, 2024, 10:56 pm

USPS picked up item
MINNEAPOLIS, MN 55402
December 12, 2024, 11:47 am

Shipping Label Created, USPS Awaiting Item
MINNEAPOLIS, MN 55402
December 11, 2024, 5:21 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean?

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers  🔍

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

≡USPS.COM®

**HELPFUL LINKS**
Contact Us
Site Index
FAQs
Feedback

**USPS JOBS**
Careers

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers
PostalPro

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act/EEO Contacts
Fair Chance Act
Accessibility Statement

Copyright © 2025 USPS. All Rights Reserved.

