# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIAT ATZILI,<br><br>        *Plaintiff*,<br><br>  v.<br><br>ISLAMIC REPUBLIC OF IRAN<br>Ministry of Foreign Affairs<br>Khomeini Avenue<br>United Nations Street<br>Tehran, Iran,<br><br>HARAKAT AL-MUQAWAMA AL-ISLAMIYA A/K/A/ HAMAS<br>c/o Waqfiya Al-Ri'aya Al Usra Al-Filistinya Wa Al-Lubnanya<br>PO Box 1267925<br>Beirut, Lebanon,<br><br>BINANCE HOLDINGS LIMITED, D/B/A BINANCE.COM<br>Sertus Chambers, Governers Square<br>Suite #5-204<br>23 Lime Tree Bay Avenue<br>P.O. Box 2547<br>Grand Cayman, KY1-1104<br>Cayman Islands,<br><br>BAM MANAGEMENT US HOLDINGS, INC.<br>252 NW 29th Street<br>Suite 905<br>Miami, Florida 33217,<br><br>BAM TRADING SERVICES INC. D/B/A BINANCE.US<br>252 NW 29th Street<br>Suite 905<br>Miami, Florida 33217,<br><br>AND | Civil Action No. 1:24-cv-03365<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SERVE DEFENDANTS CHANGPENG ZHAO AND HARAKAT AL-MUQAWAMA AL-ISLAMIYA PURSUANT TO FED. R. CIV. P. 4(f)(3)** |

| | |
|---|---|
| CHANGPENG ZHAO<br>118, 57VJ+6HW - Dubai Fountain St<br>Downtown Dubai<br>Dubai<br>United Arab Emirates,<br><br>           *Defendants*. | |

Before this Court is Plaintiff Liat Atzili's Motion to Serve Defendants Changpeng Zhao and Harakat al-Muqawama al-Islamiya (Hamas) Pursuant to Fed. R. Civ. P. 4(f)(3). The Court, having reviewed the submissions of the parties, and having heard oral argument, and for good cause shown:

**IT IS HEREBY ORDERED** as follows:

1) Plaintiff may serve Defendants Harakat al-Muqawama al-Islamiya (Hamas) by publishing a link to Plaintiff's Complaint on Al-Jazeera's website for a period of three weeks. The link shall contain a publicly available copy of Plaintiff's Summons, Complaint, as well as a copy of this Order.

2) Plaintiff may serve Defendant Changpeng Zhao as follows:

    a. Plaintiff may serve Defendant Changpeng Zhao on X by tweeting at him with a link to Plaintiff's Complaint. The link shall contain a publicly available copy of Plaintiff's Summons, Complaint, as well as a copy of this Order.

    b. In the alternative, Plaintiff may serve Defendant Changpeng Zhao by transmitting a copy of Plaintiff's Summons, Complaint, and a copy of this Order to his attorneys who represent him at Cahill Gordon LLP in *Ranaan et*

*al. v. Binance Holdings Limited, et al.* via email at the following email addresses:

   i. Sesi Garimella: SGarimella@cahill.com

   ii. Samson A. Enzer: SEnzer@cahill.com

   iii. Anirudh Bansal: ABansal@cahill.com

3) Once Plaintiff has effected service in accordance with this Order, Plaintiff shall file a copy of delivery confirmation (or a substantially equivalent document) as proof that service has been carried out upon Defendants Hamas and CZ as required by Federal Rule of Civil Procedure 4.

Dated: _____

_____
Hon. Carl J. Nichols
United States District Court Judge