UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------X
LIAT ATZILI,

           Plaintiff,

    -against-

ISLAMIC REPUBLIC OF IRAN, ET AL.,

           Defendants.

---------------------------------------------------------X

CASE NO.: 1:24-CV-03365 (CJN)

**NOTICE OF APPEARANCE**

To: The clerk of court and all parties of record.

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Changpeng Zhao. All notices given or required to be given in this case and all papers filed in this case should be served upon undersigned counsel.

    For the avoidance of doubt, the filing of this Notice of Appearance shall not waive any service of process or jurisdictional defenses and objections, all of which are expressly preserved.

Dated: February 6, 2025
       Washington, D.C.

**BAKER & HOSTETLER LLP**

By: *s/Teresa Goody Guillén*
Teresa Goody Guillén
(D.C. Bar No. 976253)
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 861-1500
Facsimile: (202) 861-1783
tgoodyguillen@bakerlaw.com

*Attorneys for Defendant Changpeng Zhao*