**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LIAT ATZILI,

      *Plaintiff*,

    v.

ISLAMIC REPUBLIC OF IRAN,
HARAKAT AL-MUQAWAMA AL-
ISLAMIYA A/K/A HAMAS, BINANCE
HOLDINGS LIMITED, D/B/A
BINANCE.COM, BAM MANAGEMENT
US HOLDINGS, INC., BAM TRADING
SERVICES INC. D/B/A BINANCE.US,
AND CHANGPENG ZHAO,

      *Defendants*.

Civil Action No.: 1:24-cv-03365-CJN

## <u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Attached hereto as Exhibit A is a copy of a Letter Order issued by Magistrate Judge Cathy Waldor on March 19, 2025, in the United States District Court for the District of New Jersey in *Gonzalez v. BAM Trading Services, Inc., et al.,* Civil Action No. 2:24-10286 (BRM) (CLW). The Letter Order grants Defendant Changpeng Zhao's opposition to plaintiff's motion for leave to effect service by alternative means under Federal Rule of Civil Procedural 4(f)(3) in that matter. Defendant Zhao respectfully submits the attached Letter Order as supplemental authority in support of his Opposition to Plaintiff's Motion to serve him through alternative means here pursuant to Federal Rule of Civil Procedure 4(f)(3) (ECF No. 35).

Dated: March 21, 2025

Respectfully submitted,

**BAKER HOSTETLER LLP**

By:   <u>*/s/ Teresa Goody Guillén*</u>
       Teresa Goody Guillén
       Washington Square, Suite 1100
       1050 Connecticut Avenue, N.W.
       Washington, DC 20036

2

Telephone: 202.861.1500
Facsimile: 202.861.1783
tgoodyguillén@bakerlaw.com

*Attorney for Defendant Changpeng Zhao*