**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LIAT ATZILI, KEITH SIEGEL, ADRIENNE SIEGEL, SHAI SIEGEL, SHIRT SIEGEL, ELAN TIV, GAL SIEGEL, LUCY SIEGEL, DAVID SIEGEL, LEE SIEGEL,<br><br>      Plaintiffs,<br><br>      vs.<br><br>ISLAMIC REPUBLIC OF IRAN, HARAKAT AL-MUQAWAMA AL-ISLAMIYA A/K/A/ HAMAS, BINANCE HOLDINGS LIMITED, D/B/A BINANCE.COM, BAM MANAGEMENT US HOLDINGS INC., BAM TRADING SERVICES INC. D/B/A BINANCE.US, AND CHANGPENG ZHAO,<br><br>      Defendants. | Docket No.  1:24-cv-03365 (CJN) |

**[PROPOSED] ORDER REGARDING**
**BINANCE HOLDINGS LTD.'S MOTION TO TRANSFER**

THIS MATTER having come before the Court by way of Binance Holdings Limited's Notice regarding its pending Motion to Transfer, and for good cause shown,

IT IS HEREBY ORDERED that the Motion to Transfer (ECF No. 24) is hereby DENIED as moot; and it is further

ORDERED that the Parties will abide by the following schedule for BHL and the BAM Defendants' anticipated Motions to Dismiss:

    (d) BHL and the BAM Defendants will file their Motions to Dismiss by August 29, 2025;

    (e) Plaintiffs will file their opposition by September 29, 2025;

    (f) BHL and the BAM Defendants will file their replies by October 14, 2025.

IT SO ORDERED.


DATED:    _____    _____

Hon. Carl John Nichols
United States District Judge