UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LIAT ATZILI, et al.<br><br>Plaintiff,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, HARAKAT AL-MUQAWAMA AL-ISLAMIYA A/K/A/ HAMAS, BINANCE HOLDINGS LIMITED, D/B/A BINANCE.COM, BAM MANAGEMENT US HOLDINGS, INC., BAM TRADING SERVICES INC. D/B/A BINANCE.US, AND CHANGPENG ZHAO<br><br>Defendants. | Civil Action No. 1:24-CV-03365 |

**STIPULATION AND ORDER REGARDING
MOTION TO DISMISS BRIEFING SCHEDULE**

This Stipulation is entered into between Defendant Binance Holdings Ltd. d/b/a Binance.com ("BHL"), BAM Management US Holdings Inc. and BAM Trading Services Inc. d/b/a Binance.US (collectively, "BAM Defendants"), and Plaintiffs, through their undersigned counsel.

WHEREAS, Plaintiffs filed this action on November 29, 2024 (ECF No. 1);

WHEREAS, on February 27, 2025, the Court endorsed a Stipulation and Proposed Order Regarding Service and Preliminary Scheduling Matters filed by Binance Holdings Ltd. d/b/a Binance.com ("BHL"), BAM Management US Holdings Inc. and BAM Trading Services Inc. d/b/a Binance.US (collectively, "BAM Defendants"), and Plaintiffs (the "Operative Scheduling Order") (ECF No. 20);

WHEREAS, the Operative Scheduling Order states (¶¶ 5-6) that "BHL and the BAM

1

Defendants shall not be required to answer, move to dismiss, or otherwise respond to the Complaint until after a decision on the Motion to Transfer is issued";

WHEREAS, on May 22, 2025, Plaintiffs filed an amended complaint (the "Amended Complaint") (ECF No. 47);

WHEREAS, on July 7, 2025, BHL filed a notice seeking withdrawal of its Motion to Transfer (the "Notice of Withdrawal") (ECF No. 56);

WHEREAS BHL intends to file a motion to dismiss the Complaint (the "Motion to Dismiss");

WHEREAS, the BAM Defendants intend to file a motion to dismiss the Complaint (the "Motion to Dismiss");

WHEREAS, the BAM and BHL Defendants intend to assert independent grounds for dismissal but will seek to streamline motion to dismiss briefing by joining in arguments where feasible;

WHEREAS, having met and conferred, Plaintiffs, BHL, and the BAM Defendants, subject to approval of the Court, wish to streamline preliminary matters in this action, minimize disputes, and avoid wasting resources and burdening the Court to the extent possible by: (i) agreeing on a reasonable briefing schedule for BHL's anticipated Motion to Dismiss; and (ii) aligning the briefing schedules for BHL and the BAM Defendants;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, BHL, and the BAM Defendants, through their undersigned counsel, as follows:

1. Subject to the Court's approval, Plaintiffs and the BHL and BAM Defendants will brief the Motions to Dismiss as follows:

      (a) BHL and BAM Defendants will file their Motions to Dismiss by August 29, 2025.

      (b) Plaintiffs will file their opposition by September 29, 2025;

      (c) BHL and the BAM Defendants will file their replies by October 14, 2025.

Dated: August 15, 2025

/s/ Marlene J. Goldenberg
**NIGH GOLDENBERG RASO & VAUGHN PLLC**
Marlene J. Goldenberg (DC Bar No. 166040)
14 Ridge Square
Third Floor
Washington, D.C. 20016
Phone: (202) 978-2228
Fax: (202) 792-7927
mgoldenberg@nighgoldenberg.com

Samantha V. Hoefs (*pro hac vice*)
60 South 6th Street
Suite 2800
Minneapolis, MN 55402
Phone: (612) 445-0202
Fax: (202) 792-7927
shoefs@nighgoldenberg.com

/s/ Amanda Fox Perry
**FOX MCKENNA PLLC**
Amanda Fox Perry (DC Bar No. 230024)
Elyse McKenna (*pro hac vice forthcoming*)
14 Ridge Square
Third Floor
Washington, D.C. 20016
Phone: (202) 852-2000
Fax: (202) 915-0244
amanda@foxmckenna.com

*Attorneys for Plaintiffs*

/s/ Angela F. Collins
**CAHILL GORDON & REINDEL LLP**
Angela F. Collins (DC Bar No. 473891)
1990 K Street, N.W., Suite 950
Washington, D.C. 20006
(202) 862-8900
acollins@cahill.com

Samson A. Enzer (*pro hac vice*)
Anirudh Bansal (*pro hac vice*)
Sesi Garimella (*pro hac vice*)
32 Old Slip
New York, NY 10005
(212) 701-3125
SEnzer@cahill.com
ABansal@cahill.com
SGarimella@cahill.com

*Attorneys for Binance Holdings Ltd.*

/s/ Thania (Athanasia) Charmani
**WINSTON & STRAWN LLP**
Thania (Athanasia) Charmani (*pro hac vice*)
Daniel Stabile (*pro hac vice*)
200 Park Avenue
New York, NY 10166
(305) 910-0500
ACharmani@winston.com
DStabile@winston.com

*Attorneys for Defendants BAM Management US Holdings, Inc. and BAM Trading Services Inc. d/b/a Binance.US*

**SO ORDERED.**

DATED:  08/25/2025

_____
Hon. Carl John Nichols
United States District Judge