# EXHIBIT A

1:07

← Post ...

 **CZ ◆ BNB** ✓
@cz_binance                    **X.com**

You get a lot of pile-on lawsuits after a plea.
People do this as a profession. One threatened
that I must pay them $4.4 billion USD (yes,
billion) or else, they would have the media write
about (fake stories of) "Binance helped
terrorists", etc.

We always choose to fight for justice!

Grateful and glad to see this recent decision:
law360.com/articles/23910...

1:16 PM · 10/2/25 · **567K** Views

💬 1.5K      ↻ 716      ♡ 5.7K      🔖 221      ⬆️

Relevant ⌄                        View quotes ›

 **DCAnerate ( 💰 , 🔄 , 📈 )** ✓  @dc... · 11h  ∅  ...
dear CZ i desprately need you to list $4 on
futures so that i can sell my spot bag and
rotate it into max lev long.

thank you for your attention to this matter.

💬        ↻        ♡ 11        10K        🔖        ⬆️

Post your reply

🏠        🔍        ∅        🔔 15        ✉️