# EXHIBIT B

1/13/26, 1:06 PM
NighGoldenberg Reich & Vaughn, PLLC Mail - Legal Notice on Al Jazeera website
Case 1:24-cv-03365-CJN   Document 90-4   Filed 02/06/26   Page 2 of 23

F  -  (202) 792-7927

nighgoldenberg.com

---

**Jennifer Malanday** <jmalanday@nighgoldenberg.com>                    Thu, Oct 16, 2025 at 9:31 AM
To: natalie@intl-advertising.com

Hi Natalie, following up on this. Would you be able to provide a quote with a translation and without a translation? Both will run for 3 weeks in the Al Jazeera website. We want to see what options we have.

Thanks,
Jennifer
[Quoted text hidden]

---

**natalie intl-advertising.com** <natalie@intl-advertising.com>                    Thu, Oct 16, 2025 at 4:29 PM
To: Jennifer Malanday <jmalanday@nighgoldenberg.com>

Hello Jennifer,


Aljazeera is slow to reply, mainly due to time difference, but we're on it.


Our biggest concern is the vetting process.


Allow us 72 hours to give you a definite reply.


They don't work Friday afternoon and Saturday , we need to wait until Sunday to get in contact with them again.



Regards,

**Natalie Laverde**



**International Advertising**

7601 SW 138th Court | Miami, FL 33183 USA

Office: +1 (305) 499-9000 | Mobile: +1 (954) 297-5588

website | email | vCard

STATEMENT OF CONFIDENTIALITY

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at (305) 499-9000 and delete this message and its attachments, if any.

[Quoted text hidden]

---

**Jennifer Malanday** <jmalanday@nighgoldenberg.com>                    Mon, Oct 20, 2025 at 1:41 PM
To: "natalie intl-advertising.com" <natalie@intl-advertising.com>
Cc: Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>

Hi Natalie, just doing a quick follow up on the quote. We'd like to get this notice out as soon as possible so any update from you would be appreciated.

Thanks,
Jennifer

[Quoted text hidden]

---

**natalie intl-advertising.com** <natalie@intl-advertising.com>          Mon, Oct 20, 2025 at 2:51 PM
To: Jennifer Malanday <jmalanday@nighgoldenberg.com>

1/13/26, 1:06 PM
Case 1:24-cv-03365-GJN   Document 90-4   Filed 02/06/26   Page 4 of 23
Nigh Goldenberg Raso & Vaughn, PLLC Mail - Legal Notice on Al Jazeera website

Cc: Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>

Hi Jennifer,

Yes, the publisher has replied with a question.

In which markets (geographies) would you like to target and run ads in? Aljazeera publishes different content globally. Can you narrow this down by country(s)? Otherwise, the notice will be extremely expensive.

I understand the urgency. Upon your reply, the notice will go through the vetting process. Once it passes vetting, we will have a quote.

Thank you,

[Quoted text hidden]

---

**Marlene Goldenberg** <mgoldenberg@nighgoldenberg.com>                    Mon, Oct 20, 2025 at 3:13 PM
To: "natalie intl-advertising.com" <natalie@intl-advertising.com>, Jennifer Malanday <jmalanday@nighgoldenberg.com>

Hi Natalie,

Could we target Gaza and/or Qatar, please?

Thanks,

Marlene



# Marlene J. Goldenberg

Founding Partner

NGRV NIGH GOLDENBERG RASO & VAUGHN

Nigh Goldenberg Raso & Vaughn, PLLC
14 Ridge Square NW | Third Floor
Washington, D.C. | 20016

D  -  (202) 978-2228
T  -  (202) 792-7927
F  -  (202) 792-7927

nighgoldenberg.com

  

[Quoted text hidden]

---

**Jennifer Malanday** <jmalanday@nighgoldenberg.com>                                    Tue, Oct 21, 2025 at 12:07 PM
To: Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>
Cc: "natalie intl-advertising.com" <natalie@intl-advertising.com>

Hi Natalie,

Thank you for taking my call today. As discussed, would you please forward the email from Al Jazeera declining our request to publish our legal notice?

Also, would you be able to provide a quote from Gulf News for a 3-week website ad campaign targeting Qatar and/or Gaza?

[Quoted text hidden]

---

**natalie intl-advertising.com** <natalie@intl-advertising.com>                          Tue, Oct 21, 2025 at 12:16 PM
To: Jennifer Malanday <jmalanday@nighgoldenberg.com>, Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>

Hello Jennifer,


This was the answer from Al Jazeera:


they do not allow such type of ad.

Gulf News is possible, I will revert details tmw

[Quoted text hidden]

---

**natalie intl-advertising.com** <natalie@intl-advertising.com>                    Tue, Oct 21, 2025 at 12:27 PM
To: Jennifer Malanday <jmalanday@nighgoldenberg.com>, Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>

Hello Jennifer,

Sorry , I sent it with out finishing the complete information.

This was the answer from Al Jazeera:

'We do not allow such type of ad.

Gulf News is possible; I will revert details tmw'

We try with two of the agencies in middle east and direct with them.

- sherifal@aljazeera.net

- Lookad (India) Pvt. Ltd.

6 Bishop Lefroy Road,

17 Paul Mansion,

        Kolkata -700 020, India

Let me know if you want more information from us .

Tomorrow, we will send you the option in Gulf News and the media Kit for you/judge information

Best regards

[Quoted text hidden]

---

**Jennifer Malanday** <jmalanday@nighgoldenberg.com>                    Mon, Oct 27, 2025 at 2:11 PM
To: "natalie intl-advertising.com" <natalie@intl-advertising.com>
Cc: Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>

Hi Natalie - just checking in to see if you have any updates for us from The Gulf News.

[Quoted text hidden]

---

**natalie intl-advertising.com** <natalie@intl-advertising.com>          Wed, Oct 29, 2025 at 8:23 AM
To: Jennifer Malanday <jmalanday@nighgoldenberg.com>
Cc: Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>

Good morning Jennifer.

Finally, I have all the information for you with 2 options of the newspaper with distribution in UAE and Gaza

Option 1

Publication in **English**.

Newspaper: **The National**, with daily circulation in UAE.

Rate for one publication: US$ 2,300.00

Insertion Fee: US$ 150.00

Affidavit of publication : US$ 40.00

**Total for __3__ publication: US$ 7,090.00**


Option 2


Publication in **English**.


Newspaper: **Gulf News**, with daily circulation in UAE.

Rate for one publication: US$ 1,900.00

Insertion Fee: US$ 150.00

Affidavit of publication : US$ 40.00

**Total for __3__ publication: US$ 5,890.00**


Attached you will find a soft proof of ( content ) publication for your approval .


**This rate includes:**

Insertion fee

Affidavit of publication

Mail the original document by priority mail and email

Pdf of the publication


Please let me know if this rate works for your client and upon your approval, we will send you a payment link.

Regards,

**Natalie Laverde**



**International Advertising**

7601 SW 138th Court | Miami, FL 33183 USA

Office: +1 (305) 499-9000 | Mobile: +1 (954) 297-5588

website  |  email  |  vCard

**STATEMENT OF CONFIDENTIALITY**

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at (305) 499-9000 and delete this message and its attachments, if any.

**From:** Jennifer Malanday <jmalanday@nighgoldenberg.com>
**Date:** Monday, October 27, 2025 at 2:12 PM
**To:** natalie intl-advertising.com <natalie@intl-advertising.com>

**Cc:** Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>
**Subject:** Re: Legal Notice on Al Jazeera website

Hi Natalie - just checking in to see if you have any updates for us from The Gulf News.

On Tue, Oct 21, 2025 at 12:27 PM natalie intl-advertising.com <natalie@intl-advertising.com> wrote:

> Hello Jennifer,
>
> Sorry , I sent it with out finishing the complete information.
>
> This was the answer from Al Jazeera:
>
> <span style="color:red">'We do not allow such type of ad.</span>
>
> <span style="color:red">Gulf News is possible; I will revert details tmw</span>'
>
> We try with two of the agencies in middle east and direct with them.
>
> • sherifal@aljazeera.net
>
> • Lookad (India) Pvt. Ltd.
>
> 6 Bishop Lefroy Road,
>
> 17 Paul Mansion,
>
>      Kolkata -700 020, India

Let me know if you want more information from us .


Tomorrow, we will send you the option in Gulf News and the media Kit for you/judge information


Best regards




**Natalie Laverde**



**International Advertising**


7601 SW 138th Court | Miami, FL 33183 USA
Office: +1 (305) 499-9000 | Mobile: +1 (954) 297-5588



website | email | vCard



**STATEMENT OF CONFIDENTIALITY**
The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at (305) 499-9000 and delete this message and its attachments, if any.

1/13/26, 1:06 PM
Nigh Goldenberg Raso & Vaughn, PLLC Mail - Legal Notice on Al Jazeera website
Case 1:24-cv-03365-CJN   Document 90-4   Filed 02/06/26   Page 12 of 23

---

**From:** Jennifer Malanday <jmalanday@nighgoldenberg.com>
**Date:** Tuesday, October 21, 2025 at 12:08 PM
**To:** Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>
**Cc:** natalie intl-advertising.com <natalie@intl-advertising.com>
**Subject:** Re: Legal Notice on Al Jazeera website

Hi Natalie,

Thank you for taking my call today. As discussed, would you please forward the email from Al Jazeera declining our request to publish our legal notice?

Also, would you be able to provide a quote from Gulf News for a 3-week website ad campaign targeting Qatar and/or Gaza?

On Mon, Oct 20, 2025 at 3:13 PM Marlene Goldenberg <mgoldenberg@nighgoldenberg.com> wrote:

> Hi Natalie,
>
> Could we target Gaza and/or Qatar, please?
>
> Thanks,
>
> Marlene
>
>
> **Marlene J. Goldenberg**          D  -  (202) 978-2228

Founding Partner



Nigh Goldenberg Raso & Vaughn, PLLC
14 Ridge Square NW | Third Floor
Washington, D.C. | 20016

T  -  (202) 792-7927

F  -  (202) 792-7927

nighgoldenberg.com

   

On Mon, Oct 20, 2025 at 2:51 PM natalie intl-advertising.com <natalie@intl-advertising.com> wrote:

Hi Jennifer,

Yes, the publisher has replied with a question.

In which markets (geographies) would you like to target and run ads in? Aljazeera publishes different content globally. Can you narrow this down by country(s)? Otherwise, the notice will be extremely expensive.

I understand the urgency. Upon your reply, the notice will go through the vetting process. Once it passes vetting, we will have a quote.

Thank you,

**Natalie Laverde**



**International Advertising**

7601 SW 138th Court | Miami, FL 33183 USA
Office: +1 (305) 499-9000 | Mobile: +1 (954) 297-5588

website | email | vCard

**STATEMENT OF CONFIDENTIALITY**

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at (305) 499-9000 and delete this message and its attachments, if any.

**From:** Jennifer Malanday <jmalanday@nighgoldenberg.com>
**Date:** Monday, October 20, 2025 at 1:42 PM
**To:** natalie intl-advertising.com <natalie@intl-advertising.com>
**Cc:** Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>
**Subject:** Re: Legal Notice on Al Jazeera website

Hi Natalie, just doing a quick follow up on the quote. We'd like to get this notice out as soon as possible so any update from you would be appreciated.

Thanks,
Jennifer

On Thu, Oct 16, 2025 at 4:30 PM natalie intl-advertising.com <natalie@intl-advertising.com> wrote:

> Hello Jennifer,
>
> Aljazeera is slow to reply, mainly due to time difference, but we're on it.
>
> Our biggest concern is the vetting process.
>
> Allow us 72 hours to give you a definite reply.
>
> They don't work Friday afternoon and Saturday , we need to wait until Sunday to get in contact with them again.
>
> Regards,
>
> Natalie Laverde



> International Advertising

7601 SW 138th Court | Miami, FL 33183 USA
Office: +1 (305) 499-9000 | Mobile: +1 (954) 297-5588

website | email | vCard

**STATEMENT OF CONFIDENTIALITY**

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at (305) 499-9000 and delete this message and its attachments, if any.

**From:** Jennifer Malanday <jmalanday@nighgoldenberg.com>
**Date:** Thursday, October 16, 2025 at 9:31 AM
**To:** natalie intl-advertising.com <natalie@intl-advertising.com>
**Subject:** Re: Legal Notice on Al Jazeera website

Hi Natalie, following up on this. Would you be able to provide a quote with a translation and without a translation? Both will run for 3 weeks in the Al Jazeera website. We want to see what options we have.


Thanks,

Jennifer


On Tue, Oct 14, 2025 at 1:16 PM Jennifer Malanday <jmalanday@nighgoldenberg.com> wrote:

　Hi Natalie,

It was a pleasure speaking with you today. As discussed, attached are the court documents that need to be served via publication on the Al Jazeera website. The court has ordered the notice to run for three consecutive weeks.

After reviewing the court order, it doesn't appear that any language requirements were specified, nor was a translation of the summons and complaint required. Please provide a quote when you get a chance.

---

📄 Court-stamped_AMENDED COMPLAINT against All Defendants (1).pdf

📄 Order on Motion for Alternate Service.pdf

📄 Summons to Harakat al-Muqaqama Al-Islamiya.pdf

--

**Jennifer Malanday**

Legal Administrative Assistant



Nigh Goldenberg Raso & Vaughn, PLLC

14 Ridge Square NW | Third Floor | Washington, D.C. | 20016

D  -  (202) 978-3240

1/13/26, 1:06 PM
Nigh Goldenberg Raso & Vaughn, PLLC Mail - Legal Notice on AI - Image website
Case 1:24-cv-03365-CJN    Document 90-4    Filed 02/06/26    Page 18 of 23

T  -  (202) 792-7927

F  -  (202) 792-7927

nighgoldenberg.com

--

## Jennifer Malanday

Legal Administrative Assistant



Nigh Goldenberg Raso & Vaughn, PLLC
14 Ridge Square NW | Third Floor | Washington, D.C. | 20016

D  -  (202) 978-3240

T  -  (202) 792-7927

F  -  (202) 792-7927

nighgoldenberg.com

--

## Jennifer Malanday

Legal Administrative Assistant



Nigh Goldenberg Raso & Vaughn, PLLC

14 Ridge Square NW | Third Floor | Washington, D.C. | 20016

D  -  (202) 978-3240

T  -  (202) 792-7927

F  -  (202) 792-7927

1/13/26, 1:06 PM
Nigh Goldenberg Raso & Vaughn, PLLC Mail - Legal Notice on AI Judge website
Case 1:24-cv-03365-CJN   Document 90-4   Filed 02/06/26   Page 20 of 23

nighgoldenberg.com

--

**Jennifer Malanday**

Legal Administrative Assistant



Nigh Goldenberg Raso & Vaughn, PLLC

14 Ridge Square NW | Third Floor | Washington, D.C. | 20016

D  -  (202) 978-3240

T  -  (202) 792-7927

F  -  (202) 792-7927

nighgoldenberg.com

--

## Jennifer Malanday

Legal Administrative Assistant



Nigh Goldenberg Raso & Vaughn, PLLC

14 Ridge Square NW | Third Floor | Washington, D.C. | 20016

D  -  (202) 978-3240

T  -  (202) 792-7927

F  -  (202) 792-7927

nighgoldenberg.com

---

 **3779 USDC.docx**
15K

---

**natalie intl-advertising.com** <natalie@intl-advertising.com>                    Thu, Nov 20, 2025 at 11:51 AM
To: Jennifer Malanday <jmalanday@nighgoldenberg.com>

Dear Jennifer,

Hoping you are doing well.

Checking in to see if you had any further questions about the publication in EUA.

Please let me know.

Warm Regards,

**Natalie Laverde**



**International Advertising**

7601 SW 138th Court | Miami, FL 33183 USA

Office: +1 (305) 499-9000 | Mobile: +1 (954) 297-5588

website | email | vCard

**STATEMENT OF CONFIDENTIALITY**

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at (305) 499-9000 and delete this message and its attachments, if any.

**From:** Jennifer Malanday <jmalanday@nighgoldenberg.com>
**Date:** Tuesday, October 14, 2025 at 1:17 PM

[Quoted text hidden]

[Quoted text hidden]