# EXHIBIT C

1/13/26, 3:47 PM
Case 1:24-cv-03365-CJN    Document 99-5    Filed 02/06/26    Page 2 of 4
From Crypto to Classrooms: CZ's Giggle Academy Pioneers NFT-powered Education | Crypto Daily™ on Binance Square






# From Crypto to Classrooms: CZ's Giggle Academy Pioneers NFT-powered Education



**Crypto Daily™**
Mar 19, 2024



Binance founder Changpeng Zhao has announced his latest project – an educational initiative involving NFTs called Giggle Academy.

CZ's New Initiative

Changpeng Zhao (CZ), the former CEO of Binance, recently announced his latest project, Giggle Academy. This marks his return to the entrepreneurial scene after his resignation from Binance five months ago. Unlike his previous endeavors in the cryptocurrency sector, Giggle Academy is a strictly educational project aiming to have a significant positive impact on the world.

Zhao said,

"I thought about what to do next for a few months. I need to find something that has the maximum positive impact that I could achieve in this world. This would require me to do something that I am good at and scalable."

From Lawsuit To Non-Profit

In November last year, Zhao pleaded guilty to violating and causing a financial institution to violate the Bank Secrecy Act. He agreed to pay a $50 million penalty as an individual and stepped down as CEO of Binance.

CZ described Giggle Academy as a "gamified, adaptive" platform providing free basic education for all, particularly targeting children without access to formal schooling and illiterate adults. The project, funded entirely by CZ himself, will operate as a non-profit venture, actively seeking partnerships with relevant charities to maximize its impact.

1/13/26, 3:47 PM  From Crypto to Classrooms: CZ's Giggle Academy Pioneers NFT-powered Education | Crypto Daily™ on Binance Square

Case 1:24-cv-03365-CJN    Document 99-5    Filed 02/06/26    Page 3 of 4

Giggle Academy: Offerings And Future Prospects

According to CZ's concept paper, Giggle Academy will offer educational content spanning grades 1-12, with subjects extending beyond traditional curricula to include entrepreneurship, blockchain, AI, negotiations, finance, and more. This broad scope aims to address gaps in conventional education systems and equip learners with practical skills for the modern world.

Looking ahead, Giggle Academy aims to evolve its educational model, considering the possibility of implementing a "learn-to-earn" system. This forward-thinking approach demonstrates CZ's commitment to innovation and his vision for scalable, impactful projects beyond the realm of cryptocurrency.

Integration of Blockchain and NFTs

While primarily an educational initiative, Giggle Academy integrates blockchain technology and non-fungible tokens (NFTs) into its framework. The platform adopts a gamified approach to learning, leveraging NFT badges to incentivize and engage learners. These badges, issued as Soul Bound Tokens (SBT), contribute to a points system designed to encourage continuous progress.

Challenges and Considerations

The mode of education will be entirely online, which, as the concept paper has accepted, has its own challenges, like lack of peer support and group learning.

The concept paper also acknowledged that "over gamification" of learning could pose a risk of making students overly dependent on regular dopamine as children need to learn how to persevere for delayed gratification.

Another obstacle the project might face is the accessibility of the internet and digital devices, especially in underdeveloped and rural areas. The concept paper has acknowledged this challenge and revealed that it will partner with other organizations that have expertise in hardware and infrastructure projects.

1/13/26, 3:47 PM  From Crypto to Classrooms: CZ's Giggle Academy Pioneers NFT-powered Education | Crypto Daily™ on Binance Square

Case 1:24-cv-03365-CJN     Document 99-5     Filed 02/06/26     Page 4 of 4

Disclaimer: This article is provided for informational purposes only. It is not offered or intended to be used as legal, tax, investment, financial, or other advice.

Disclaimer: Includes third-party opinions. No financial advice. May include sponsored content. **See T&Cs.**

---

737      👍 2              🔖         ↗

Login and reply                    **Reply**

**Replies 0**                                    Most Relevant ▾



Post your reply

Add a comment

Sitemap  |  Platform T&Cs  |  🔒 Cookie Preferences