# **Exhibit A**





LAW FIRM

Roger Samir Boutros

International Lawyer / Arbitration and corporate law specialist / Banking Law

Lebanon – Beirut

+961 – 3 232461

Email: international.chambers.lawfirm@gmail.com

Member of Beirut Bar Association

Admitted in Lebanon, Qatar, Saudi Arabia, USA, United Arab Emirates as international and local legal consultant.

A multilingual international lawyer, with 27 years of experience in corporate, commercial, and civil law with a strong track record advising Lebanese and international clients on business formation, contract negotiation, dispute resolution, and regulatory compliance. In addition to international arbitration, commercial transactions, regulatory compliance, legal advisor for real estate and property law, with a proven track of partnership with global law firms.

Specialized in international arbitration corporate law across the Middle East, Europe, and the United States.

**Core competencies**

- International arbitration
- Commercial contract negotiation
- Common and civil law systems expertise

| | |
|---|---|
| ADDRESS: | CONTACT US: |
| P.O.Box 70746 Antelias, Beirut, Lebanon | Office Land Line: (+961)4- 921-325 |
| Mount Lebanon, Elyssar, Main Road, Pine Center 3rd Floor | Mobile: (+961)323- 2461 |
| | *Email*:international.chambers.lawfirm@gmail.com |

- Real estate and construction law
- Corporate Governance and business setup
- International commercial transaction
- Legal translation and multilingual drafting
- Arbitration and mediation support
- Compliance
- Banking and financial
- Criminal law

## Education

Sagesse University School of law

- Beirut – Lebanon
- Graduated: 1993

Focus on contract law, property law,

Final project: study of Credit files and decision making

Bar Admission: Beirut Bar Association – 1999

## Languages

- Arabic – native
- English – fluent
- French – Fluent

## Professional affiliation

- Member, Beirut Bar Association
- A founding and active member of the Arab Union Council for Combating Forgery and Counterfeiting
- Associate member in Qatar with the Minister of Justice, Dr. Najib Al-Nuaimi

**Professional Experience**

- Participated in drafting banking laws in the Mena region.
- Legal Advisor for different governmental institutions in Lebanon.
- Draft and review commercial contract (lease, distribution, franchise) for local and international clients.
- Advise company incorporation, restructuring and due diligence under Lebanese law
- Represent clients in commercial and civil litigation before Lebanese court
- Provide legal opinion on labor law, real estate law and regulatory matters

**RB LAW FIRM CREDENTIALS**

The Firm provides a full range of comprehensive legal services including civil, corporate, Financial, Tax, Internet, Real Estate, Criminal, and Personal Status Law, and is particularly notorious for its Banking and Commercial practice, including Corporate, Financial Transactions, Mergers & Acquisitions, Project Finance, and Privatization, as well as Litigation and Arbitration. The Firm comprises a team of qualified and experienced lawyers combining outstanding academic achievement and high professional training and selected from the most renowned international and national universities. The firm has been the promoter of several legal reforms.

**AREAS OF PRACTICE:**

- Litigation

- Alternative Dispute Resolution (International Arbitration)

- Banking & Finance, Capital Markets & Project Finance

- Commercial and Contract/International Transactions

- Corporate, M & A

- Tax, Pensions & Employment

- Privatization

- Intellectual Property

- Regulatory/Legislative

- Telecommunication and Media

- Restructuring and Bankruptcy Reorganization

- IT, E-commerce, and Internet

- Property and leasing

- Insurance

- Maritime and Transport, Aviation

- Criminal

**MAIN INTERNATIONAL AREAS OF PRACTICE:**

**International Arbitration/ADR Experience:**

The firm has specialized over the years in cases involving Civil Law, Common Law, Arab & Islamic Law and International Law. The firm has defended many multinational corporations in ICC, ICSID, Ad-Hoc and UNCITRAL arbitrations. The partners have participated as a co-arbitrator and sole arbitrator as well as President of Arbitral Tribunals in cases opposing States parties.

**Arbitration Matters Handled by The Firm:**

- Aviation Law and Admiralty

- Corporate Law/Acquisitions

- Commercial Law/Negotiations and International Transactions - Banking and Finance Law

- Intellectual and Industrial Property

- Real Estate Transactions and Financing

- International Private Law, including.

- Distribution, Franchise and License Agreements

- Oil and Gas Law – Hydrocarbon Law

**Banking & Finance, Project Finance & Capital Markets:**

The firm represents leading financial institutions and corporations on the full range of financing transactions from complex acquisitions financing the syndications transactions and provides advice across the full spectrum of financial products including banking, asset finance, derivative products, product finance, securitization, and structured finance. The firm represents many of the world's leading investment and commercial banks as well as many corporates. It also advises regulatory authorities, supranational bodies, the government agencies, and undertakes litigation and enforcement matters for international and local banks, insurance companies, and investment management firms. The firm also specializes in all aspects of fiduciary transactions.

**Corporate, M&A:**

The firm is very active in M & A transactions and in devising creative deal structures and acquisition programs, its lawyers plan and implement strategies for both acquires and potential acquisitions targets in domestic, and cross-border transactions involving multiple jurisdictions. The firm also encompasses leading specialist practice in private equity, funds, and financial institutions. A large part of the firm's practice in transactional, involving mergers and acquisitions, divestitures, financings, joint ventures, restructurings, and securities offerings. The firm performs due diligence.

**Commercial and Contract/International Transactions:**

The firm is notorious for its specialization in the drafting and negotiation of commercial agreements in all fields including distributorship, licensing, franchising and agency contracts, joint-venture contracts, construction contracts, sale and purchase, and all other types of cooperation agreements.

**Intellectual and Industrial Property:**

The firm provides services in all traditional areas of intellectual property law including the identification and registration of intellectual property rights and their protection and enforcement via litigation or otherwise, and the firm's experience includes patent, trademark, industrial design, licensing, copyright, computer libel/slander, advertising multimedia, trade regulation and unfair

competition. The firm participates in the negotiation of license agreements and advises on infringement disputes and all aspects relating to IP law.

**Privatization:**

The firm is actively involved in privatization and has experience in the telecommunication sector. It provides advice to the benefit of the government, international banks and strategic and financial investors in the privatization program. Some lawyers of the firm closely and continually advise NGOs on privatization laws and regulations.

**Tax:**

The firm advises on all aspects of international and domestic taxation, structures the fiscal aspect of a wide range of corporate and financial transactions, develops tax advantaged financial products and investment vehicles, and provides tax management advice to help multinational clients achieve worldwide tax efficiency including advice on tax litigation, disputes, and transfer pricing.

**IT, E-commerce, and Internet:**

The firm represents information technology start-up ventures in all aspects of their development including purchase agreements, licensing and distribution. The firm is also involved in protection and litigation of domain names both nationally and internationally. The firm is active in computer and information technology-business, communication, multimedia, data protection and privacy issues and other high technology sectors.

**Litigation, Alternative Dispute Resolution:**

The firm represents clients in trial, appellate and supreme courts and before administrative tribunals. In addition, the firm is actively involved in ADR acting as advisor, Mediator and arbitrator in arbitration processing both domestic and international, conducted under the rules of most major arbitration institutions.

## INTERNATIONAL EXPERIENCE:

The firm provides expert legal advice on, and handles disputes in, all areas of trade and commerce, corporate and banking, as well as litigation and arbitration, internationally, the firm is proficient in both the civil and common law system, hence leading to a strong international practice.

The firm advises clients on complex cross-border transactions and has played a leading role in recent economic changes including cross-border mergers. In order to enhance our legal practice, we created alliances with other firms either in local markets or abroad because these alliances generate cooperation in legal matters and reference for foreign investors to find legal help to enable international potential clients to choose the right firm. That is why the firm's international activities and alliances have spread over the years to the Middle East, Europe, Asia, United States, and Canada.

## INTERNATIONAL CLIENTS:

Clients of the firm include many of the world's leading multinational corporations, public and private corporations, international and local investment and commercial banks, financial institutions, governments and state-owned entities, multilateral agencies, leading businesses, audit companies, financial and management consultants, multinational construction companies, insurance companies, high technology start-up companies, entrepreneurs, major investors, utilities, developers, entertainment companies, trade associations, charitable foundations, estates, industrial and commercial companies, property companies, hoteliers, land-owners, occupiers, borrowers, founders or lenders, and other persons or entities seeking advice regarding their domestic and international affairs, including cross-border transactions and inward or outward investment activities. Integrated services are provided to clients in many different industries including banking, waste and water, construction, food, and beverages, environmental, industrial, media and communications, health care, maritime, aviation, transport, lottery, tourism, leisure, sports restoration and catering, and urban planning and development.

The firm obtains regulatory approvals, and drafts all documents required. The firm provides a wide range of corporate and business services to publicly held corporations and private businesses, and advises all companies on everyday activities and issues including record keeping (minutes of annual BOD's and shareholders' meetings).

**<u>LANGUAGES</u>**:

Our Lawyers and consultants provide services in Arabic, English, French, Turkish and Deutsch.

For any further information or additional explanation, please do not hesitate to contact us on our contact information listed above.

Our dedicated team is committed to providing exemplary legal support, utilizing our extensive experience and industry insight to safeguard your interests and achieve favorable outcomes. We recognize the significance of timely and effective communication, striving to keep our clients informed and engaged throughout every phase of the legal process.

**Roger Boutros**

**Attorney at law**

**Our Overseas Offices:**

**Qatar - Lebanon – London – Paris – Los Angeles.**

**Email: international.chambers.lawfirm@gmail.com**