## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIAT ATZILI,<br><br>*Plaintiff*,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>HARAKAT AL-MUQAWAMA AL-ISLAMIYA A/K/A/ HAMAS,<br><br>BINANCE HOLDINGS LIMITED, D/B/A BINANCE.COM,<br><br>BAM MANAGEMENT US HOLDINGS, INC.,<br><br>BAM TRADING SERVICES INC. D/B/A BINANCE.US,<br><br>AND<br><br>CHANGPENG ZHAO,<br><br>*Defendants*. | Civil Action No. <u>1:24-cv-03365-CJN</u> |

## DECLARATION OF CELESTE INGALLS

I declare that I, Celeste Ingalls, am a citizen of the United States, over the age of twenty-one, not a party nor an attorney for any party in this action, and state the following:

1. I am employed by Alan H. Crowe & Associates, Inc. dba Crowe Foreign Services, 733 SW Vista Avenue, Portland, Oregon, as Director of Operations and have specialized in the service of civil process in foreign countries for more than 29 years.

2. I have lectured to state/county bar, and other professional associations on the mechanics and requirements of process service in foreign countries.

3. The United Arab Emirates is not a signatory to any Convention, Treaty or other International Agreement for the service of process.

4. The judicial system in United Arab Emirates is dictated by combination of Sharia and Civil law and overseen by the Monarchies of each Emirate.

5. Service by letter rogatory request under FRCP Rule 4 must ultimately be executed by the Courts of the United Arab Emirates after being submitted to the Ministry of Foreign Affairs for the United Arab Emirates. Unfortunately, once submitted, it is a rare occurrence that a letter rogatory service is ever executed or returned from the United Arab Emirates.

6. I have been having service effected in the United Arab Emirates for many years. My corporate service associate in United Arab Emirates has informed me that service upon an individual can be done wherever the person may be found and if not related to his personal life (such as family/domestic cases) does not need to be "personal" service or "direct in-hand" service.

7. I have been informed that in residence that is security controlled and does not allow a process server to reach the front door of a defendant's residence, service may be left with a concierge/lobby receptionist, or security employed by the residential building management.

8. I have been informed that private surveillance is "frowned upon" and because most private process servers that are not court or government employees do not have the legal protection for the act of process service and therefore, choose not to perform surveillance in many areas for fear of being charged with harassment, "or worse".

I swear under penalty of perjury under the laws of the United States and the State of Oregon that the foregoing is true and correct

Dated this 12th day of January 2026 at Portland, Oregon.

_____
Celeste Ingalls