UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIAT ATZILI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.<br><br>    Defendants. | Civil Action No. 1:24-cv-03365(CJN) |

### DECLARATION IN SUPPORT OF ORDER FOR ALTERNATIVE SERVICE

I, NELSON TUCKER, declare:

1. I am over eighteen years of age and reside in the State of California. I have personal knowledge of the contents of this declaration and, if called to testify as a witness, could and would testify competently thereto.

2. I am the CEO of Process Service Network, LLC, which is An international service of process firm which has been in business since 1978. I am a Registered Process Server and have been engaged with service of process on defendants over the past 48 years. I am an Associate Member of the American Bar Association (ABA), California Lawyers Association, and Los Angeles County Bar Association. I regularly conduct MCLE courses for various bar associations on issues related to investigations and international service of process. I have authored over 60 articles on service of process issues for numerous bar association publications. I am qualified as an expert witness on the subject of international service of process.

3. Process Service Network, LLC, was retained by Nigh Goldenberg Raso & Vaughn, PLLC, to serve documents in the matter Atzili, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:24-cv-03365(CJN), upon two unrelated Defendants in this case—Changpeng

1

Zhao (the founder of Binance, another Defendant in the case) and Harakat al-Muqawama al-Islamiya (more commonly known as Hamas).

4. I have been advised that the Court approved an Order for service by publication in Al Jazeera newspaper (website). However, I have personal knowledge that Al Jazeera will not publish legal notices from courts in the United States.

5. The only known source for publication in Lebanon, United Arab Emirates, Iran, and other Arab countries is through Global Legal Notices (https://globallegalnotices.com) which provides a more thorough method to give actual notice to a defendant, as described on their legal notice website at www.GlobalLegalNotices.com. This method allows for a greater opportunity to give "actual notice" to the Defendant than service by publication in a traditional newspaper. It provides publication of the Court Order, plus the entire set of Court-issued documents. Further, the publication period exceeds the customary once a week for four (4) consecutive weeks by <u>continually</u> publishing the documents for an indefinite period, or as directed by the Court. In addition, a Google search by the Defendant's name and country will typically appear on page one of the Google search results after approximately five days, thus, providing a greater opportunity to give actual notice to the Defendant.

6. The U.S. Supreme Court in Mullane v. Central Hanover Trust & Bank Co., 22 ILL.339, U.S. 306, 70 S. Ct. 652, 94 L. Ed. 865 (1950), found that, "*It is a logical step forward in the evolution of civil procedure that the use of new technologies in common communication be utilized.*"

7. <u>CONCLUSION:</u>  *Global Legal Notices*® offers an improved method of providing actual notice to the Defendant of a pending lawsuit while satisfying the Court's requirements for service by publication. It is widely held that service by publication has a limited success rate in providing actual notice to the Defendant that a legal case is pending. Yet, courts routinely issue an Order allowing for service by publication in a newspaper, either print or online, as a last resort method to complete service of process. Wherefore, I respectfully request that the Court issue an Order for Service by Publication in the instant case, naming Global Legal Notices as the publication source.

Respectfully submitted,

_____
Nelson Tucker
CEO, Process Service Network, LLC
27201 Tourney Road, Suite 223
Valencia, CA 91355
800-417-7623