# Appendix A

# CLYDE&CO
Successful risk navigation



## Susie Abdel-Nabi

Partner and the Head of the Dispute Resolution Group, Middle East

T : +971 4 384 4611

M: +971 50 650 7096

E : Susie.Abdel-Nabi@clydeco.ae

## Profile

Susie is a partner and Head of the Dispute Resolution practice, Middle East. She regularly represents clients in high value, multi-jurisdictional disputes and has over 20 years' regional experience. She is often the 'go-to' lawyer for multinationals.

She is an English law qualified lawyer and has worked in both Clyde & Co's London and Dubai offices. She is currently based in Dubai and represents clients in all areas of general corporate and commercial dispute resolution, including before the DIFC Courts and international arbitration.

She has particular expertise in:

- automotive and manufacturing sectors;
- technology and media;
- hotel management and hospitality disputes;
- shareholder and JV disputes;
- corporate and banking fraud;
- commercial agency, distributor and franchise disputes (acting for both international companies and local representatives);
- high value, complex property development and leasing disputes;
- energy claims; and
- commercial arbitration claims and court proceedings both in the UAE and other jurisdictions.
- aviation and aerospace sectors

Susie has been appointed as an arbitrator by the Dubai International Arbitration Centre (DIAC) and the DIFC-LCIA, in commercial and property development disputes and she has extensive experience in complex, high value local and international arbitrations, most recently at the DIAC, DIFC-LCIA, SIAC and ICC. Susie also regularly represents clients in court proceedings across the Middle East, Pakistan and India.

In 2024, Susie was awarded the prestigious Professional Achievement Award at the Lexis Nexis Women in Law Awards. The Awards celebrate women's achievements and innovations in legal practice in the Middle East. Susie was also awarded Legal 500's Dispute Resolution Lawyer of the Year 2024, was named as a Client Choice Award winner by Lexology, and the team she manages won Middle East, UAE and Saudi Dispute Resolution Team of the Year in the Chambers & Partners Awards.

In 2023 she was awarded Arbitration Lawyer of the Year at the Lexis Nexis Women in Law Awards and was ranked amongst the MENA Super 50 Lawyers as published by Thomson Reuters in Asian Legal Business.

Susie continues to be ranked in Chambers & Partners Dispute Resolution UAE and they quoted her clients as saying: *"Susie Abdel-Nabi's local expertise and depth of experience is strongly evident in her ability to provide strategic advice on complex matters from the early signs of a dispute through to full litigation"*, *"a very experienced litigator with vast experience in international arbitration and disputes in the Middle East"*, *" a very good lawyer and excellent with clients"*, *"Susie is very proactive and provides direct, clear advice. She is strong on court processes, maintains a good client relationship and has an understanding of complex shareholder matters and sensitivities." "She has excellent commercial nous"*.

For the sixth year in a row, she has also been recognised as a leading individual by Legal 500 for Litigation and Arbitration in the UAE and her clients cited that she is: *"extremely approachable and pragmatic – a pleasure to deal with. She has an expert knowledge of the law, but is able to deliver advice in a down-to-earth manner." "Susie Abdel Nabi, the litigation partner, is exceptional and a pleasure to work with in relation to complex litigation and dispute matters. Her advice is always actionable, comprehensible, and consistently correct."*

Susie has actively mentored female talent within the firm assisting with the promotion of female partners.

## Experience

- Advising multinational companies in commercial agency, distribution and franchise disputes in the UAE and other GCC countries.

- Advising shareholders and JV partners in relation to complex corporate disputes before the courts and in arbitration.

- Advising banks and financial institution in relation to non-performing loans.

- Assisting clients with criminal complaints arising out of shareholder disputes and breach of contract claims.

- Acting for one of the largest UAE property and construction groups in a AED multibillion DIAC arbitration.

- Acting for a number of investors and developers in AED multimillion property arbitrations at the DIAC.

- Advising property developers on strategies to deal with claims by purchasers relating to the completion of residential developments throughout the UAE.

- Acting for the world's largest oil and gas services contractor in a USD 100 million energy arbitration at the DIAC.

- Acting for the Yemeni Ministry of Oil & Gas in a USD multibillion energy arbitration at the ICC.

- Acting for hotel and hospitality groups in relation to contract disputes in arbitration and litigation.

- Acting for an oil and gas pipeline manufacturing company in a USD multimillion DIFC Court claim relating to trade finance and banking fraud against an international bank.

- Advising one of the UAE's largest family conglomerates in a USD 80 million telecoms claim in India.

- Acting for a large Saudi investment company in a USD multimillion shareholders dispute covering arbitrations across 3 jurisdictions (applying UNCITRAL and LCIA Rules).

- Acting for a UK Pharmaceuticals company in a USD multimillion arbitration relating to grey market trading.

- Advising a Libyan carrier in relation to multi fora claims commenced before the Dubai onshore and offshore courts and DIAC Arbitration in relation to repossession, maintenance payment claims, emergency arbitration proceedings and a multi stay of execution.

- Advised a Middle Eastern carrier in connection with a potential claim made by one of its lessors and in connection with the leasing contracts with the same lessor.