# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIAT ATZILI, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, HARAKAT AL-MUQAWAMA AL-ISLAMIYA A/K/A HAMAS, BINANCE HOLDINGS LIMITED, D/B/A BINANCE.COM, BAM MANAGEMENT US HOLDINGS, INC., BAM TRADING SERVICES INC. D/B/A BINANCE.US, AND CHANGPENG ZHAO,<br><br>    *Defendants*. | Civil Action No.: 1:24-cv-03365-CJN |

## [Proposed] ORDER

THIS MATTER comes before the Court on Plaintiff's Amended Motion to Serve Defendants Changpeng Zhao and Harakat Al-Muqawama Al-Islamiya Pursuant to Fed. R. Civ. P. 4(f)(3) (ECF No. 90) (the "Motion"). Upon consideration of points and authorities raised in the Parties' submissions, it is hereby:

**ORDERED** that the Motion be denied.

**SO ORDERED.**

Dated:_____

    _____
    Honorable Carl J. Nichols
    United States District Judge