**Hyam El Hachem Law Firm FZE**
مكتب هيام الهاشم للمحاماة – م.م.ح
**License No. 34079**

ATTESTATION
(Incorporating the Full Declaration

of Hyam Khalil Chebl El Hachem)

Date: 26 February 2026

To:
**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Subject:**
Civil Action No. 1:24-cv-03365-CJN
Declaration of Roger Boutros in Support of Plaintiffs' Renewed Motion for Alternate Service of Process

I, Hyam El Hachem as the owner of Hyam El Hachem Law Firm FZE, a law firm duly licensed and operating in the United Arab Emirates, hereby attest and certify as follows:

**I. Identity, Qualifications, and Professional Standing**

1. My name is Hyam Khalil Chebl El Hachem, and I am the Managing Partner of

1

Hyam El Hachem Law Firm FZE.
2. I am a lawful resident of the United Arab Emirates and a licensed as Legal Consultant in the United Arab Emirates.
3. I am a graduate of the Lebanese University and have been a member of the Beirut Bar Association since 1992.
4. In 1996, I founded my law firm, which focuses on corporate, commercial, and civil law.
5. I have been licensed by the Dubai Legal Affairs Department since 2005 and regularly handles legal matters in Dubai.

6. I practice my profession as legal consultant in the UAE under my own license, under "Hyam El Hachem Law Firm FZE".
7. In During international legal and business practice, I routinely advise clients throughout the Middle East & USA while conducting most of my professional work in Lebanon and the United Arab Emirates and I am in collaboration with several Law Firms in Lebanon including "Roger Boutros Law Firm "and in the UAE.

## II. Origin and Review of the Legal Study

8. I reviewed the Declaration in the above-referenced civil action that was prepared and authored by Roger Boutros Law Firm, Beirut – Republic of Lebanon, represented by Mr. Roger Boutros, Attorney-at-Law.
9. I subsequently reviewed, examined, and professionally assessed the content of the Declaration myself.
10. The review covered legal coherence, methodology, and consistency with applicable legal principles, within the scope of a professional legal review mandate.

## III. Relation to the Declaration of Roger Boutros

11. The reviewed legal study contributed to and forms part of the professional and factual basis underlying the Declaration of Roger Boutros submitted in support of Plaintiffs' Renewed Motion for Alternate Service of Process before this Honorable Court.
12. The review and approval were conducted in good faith, based solely on the documents, facts, and information made available at the time. Based upon my review, I agree with Mr. Boutros' analysis and conclusions.

**IV. Purpose and Limitation**

13. This Attestation is issued upon request for submission to the United States District Court for the District of Columbia, limited to the Declaration of Mr. Roger Boutros in Support of Plaintiffs' Renewed Motion for Alternate Service of Process in the Civil Action No 1:24-cv-03365-CJN.
14. No liability or obligation is extended beyond the professional review and approval described herein.

**Respectfully submitted,**



**Hyam Khalil Chebl El Hachem**
**Managing- Director**


**For and on behalf of**
**Hyam El Hachem Law Firm FZE**
**United Arab Emirates**