## Hyam EL HACHEM

Senior Attorney–at–Law | International Business & Real Estate Specialist

Dubai, United Arab Emirates & Beirut, Lebanon

Tel: +971 50 528 4944

Email: hyam@hyamelhachem.com

Website: www.hyamelhachem.com

PROFESSIONAL PROFILE

Lebanese-licensed Attorney-at-Law (Beirut Bar Association, since 1992) and UAE-licensed Legal Consultant, with more than 30 years of cross-border legal practice across the United Arab Emirates, Lebanon, and the GCC region.

Founder and Sole Principal of Hyam El Hachem Law Firm FZE, duly licensed in the United Arab Emirates.

Extensive experience advising corporate and private clients on corporate structuring, mergers & acquisitions, commercial contracts, real estate development, and Rental Dispute Committee (RDC) litigation.

Recognized for strategic negotiation skills, multilingual advocacy (Arabic, French, English), and a partner-led service model with strong international legal networks.

BAR ADMISSIONS & LICENCES

• Beirut Bar Association – Attorney-at-Law (Admitted 1992)

• United Arab Emirates – Licensed Legal Consultant under Hyam El Hachem Law Firm FZE

CORE PRACTICE AREAS

• Corporate & Commercial Law – M&A, joint ventures, franchise and agency agreements, corporate governance, shareholder disputes

• Real Estate & RDC – Development advisory, conveyancing, landlord-tenant disputes, compulsory execution

• International Business Transactions – Cross-border commercial structuring and compliance

• Civil & Commercial Litigation & Arbitration – Dubai Courts, Lebanese Courts, ICC Paris, ad hoc arbitration

• Banking, Finance & Insurance – Facility documentation, securities, recovery actions

• Intellectual Property – Trademark registration, licensing, anti-counterfeiting

• Family Law – High-net-worth divorce, inheritance, estate planning, Sharia and civil proceedings

SELECTED ACCOMPLISHMENTS

• Structured and registered more than 150 onshore and free-zone companies in the UAE

• Successfully cancelled multiple commercial agency agreements before the UAE Ministry of Economy

• Represented developers and landlords in RDC disputes exceeding AED 1 billion in value

• Acted as counsel in ICC arbitration (Paris seat) involving a USD 80 million cross-border contract and enforced the award in Dubai Courts

• Advised major regional and international groups on transactional and contentious matters

LEGAL ROLES & APPOINTMENTS

Founder & Sole Principal – Hyam El Hachem Law Firm FZE

Beirut, Lebanon & Dubai, UAE | 1996 – Present

• Founded and developed a cross-border boutique law firm

• Lead counsel in corporate, real estate, commercial, and family law matters

• Supervised multilingual legal teams and managed firm operations


Corporate Legal Consultant – Bayat Legal Services (Bayat Group)

Dubai, UAE | 2011 – 2023

• Advised on UAE and GCC corporate, franchise, trademark, and finance regulations

• Managed high-value litigation and arbitration cases

• Liaised with UAE government authorities for licensing and compliance


Corporate Legal Researcher – UAE & Lebanon

• Conducted statutory research and drafted contracts, memoranda, and pleadings

• Specialized in UAE Companies Law, agency regulations, real estate legislation, and crypto regulatory compliance (VARA, AML/CFT)

Associate – Awada-Tyan Business Law Firm

Beirut, Lebanon | 1990 – 1992

• Assisted on corporate transactions and due diligence

• Contributed to legislative research and policy drafting

DIGITAL PROFICIENCY

Microsoft Word, Google Docs, Outlook, Gmail, legal research databases, e-discovery tools, digital case management systems

LANGUAGES

• Arabic – Native

• French – Full professional proficiency

• English – Professional working proficiency

EDUCATION

• Bachelor of Laws (LL.B.), Lebanese University – Beirut, 1990

• DEUG in Science, University of Bordeaux I – France, 1986

• Continuing legal education in arbitration, corporate law, real estate law, and crypto regulatory compliance (ICC, Dubai Legal Affairs Department)

PERSONAL PROFILE

Hyam El Hachem is a distinguished attorney known for her strategic legal insight, disciplined work ethic, and unwavering commitment to clients. She is widely respected for her professionalism, integrity, and results-oriented advocacy.