IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIAT ATZILI, KEITH SIEGEL, ADRIENNE SIEGEL, SHAI SIEGEL, SHIR SIEGEL, ELAN TIV, GAL SIEGEL, LUCY SIEGEL, DAVID SIEGEL, and LEE SIEGEL,<br><br>*Plaintiffs*,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, HARAKAT AL-MUQAWAMA AL-ISLAMIYA A/K/A/ HAMAS, BINANCE HOLDINGS LIMITED, D/B/A BINANCE.COM, BAM MANAGEMENT US HOLDINGS, INC., BAM TRADING SERVICES INC. D/B/A BINANCE.US, CHANGPENG ZHAO<br><br>*Defendants*. | Civil Action No. 1:24-cv-03365-CJN<br><br>**SUPPLEMENTAL DECLARATION OF ROGER BOUTROS IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR ALTERNATE SERVICE OF PROCESS** |

I, Roger Boutros, hereby declare as follows:

1. I make this Supplemental Declaration in Support of Plaintiffs' Renewed Motion for Alternate Service of Process in order to clarify my qualifications.

2. I am registered to practice law in Lebanon but routinely advise and consult for clients in several Middle Eastern countries, including in the United Arab Emirates and specifically in Dubai.

3. I am not licensed to practice in Dubai but frequently advise clients in Dubai and on Dubai-related legal matters. When necessary, I engage local counsel.

1

4. After receiving the declaration of Ms. Abdel-Nabi, I reached out to Ms. Hyam El Hachem who is licensed to practice law in Dubai, and who has served as my local counsel in previous matters.

5. I stand by the contents of my Declaration and understand that Ms. El Hachem has also reviewed my analysis of the law of the United Arab Emirates.

I declare under the penalty of perjury of the laws of the United States of America that the Foregoing is true and correct.

Executed this Friday of FEBRUARY in 2026, Lebanon.

_____
Roger Boutros