IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIAT ATZILI, KEITH SIEGEL, ADRIENNE SIEGEL, SHAI SIEGEL, SHIR SIEGEL, ELAN TIV, GAL SIEGEL, LUCY SIEGEL, DAVID SIEGEL, and LEE SIEGEL,<br><br>*Plaintiffs*,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, HARAKAT AL-MUQAWAMA AL-ISLAMIYA A/K/A/ HAMAS, BINANCE HOLDINGS LIMITED, D/B/A BINANCE.COM, BAM MANAGEMENT US HOLDINGS, INC., BAM TRADING SERVICES INC. D/B/A BINANCE.US, CHANGPENG ZHAO,<br><br>*Defendants*. | Civil Action No. 1:24-cv-03365-CJN |

**SUPPLEMENTAL DECLARATION OF CELESTE INGALLS**

I declare that I, Celeste Ingalls, am a citizen of the United States, over the age of twenty-one, not a party nor an attorney for any party in this action, and state the following:

1. I am employed by Alan H. Crowe & Associates, Inc. dba Crowe Foreign Services ("Crowe"), 733 SW Vista Avenue, Portland, Oregon, as Director of Operations and have specialized in the service of civil process in foreign countries for 30 years.

2. I have lectured to state/county bar, and other professional associations on the mechanics and requirements of process service in foreign countries.

3. Crowe has conducted service internationally in countries including the United Arab Emirates for many years.

1

4.       As part of this work, Crowe has relationships with the United States Department of State and consults with the United States Department of States periodically. Crowe also has contacts in other countries, including the United Arab Emirates, with whom it consults regarding service of process.

5.       Crowe has experience transmitting letters rogatory to the United Arab Emirates on behalf of litigants in the United States.

6.       Generally, letters rogatory issued out of a United States court will go through the United States Department of State under United States consular regulations.

7.       The letters rogatory request then becomes a United States government diplomatic request which is then executed by the courts of the foreign country to make it enforceable.

8.       In Crowe's experience, letters rogatory transmitted to the United Arab Emirates on behalf of litigants in the United States are *not* returned.

9.       This is because there is no working agreement between the United States and the United Arab Emirates for civil service of process. Letters rogatory are, by definition, a reciprocal courtesy done at the discretion of the receiving country.

10.     Thus, while it is possible *in theory* that the United Arab Emirates could return a Letters Rogatory request, in my experience, submitted Letters Rogatory have not been returned from United Arab Emirates in civil cases.

11.     In the limited instances in which Letters Rogatory are returned for cases involving the United States, the duration is very lengthy and varied, with time frames between 6 months and more than one year.

12. In previous consultations with the United States Department of State, the Department indicated that Letters Rogatory to the United Arab Emirates is not common and the last completed Letters Rogatory request was received from United Arab Emirates was in 2022.

I swear under penalty of perjury under the laws of the United States and the State of Oregon that the foregoing is true and correct

Dated this 27th day of February 2026 at Portland, Oregon.

_____
Celeste Ingalls