**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LIAT ATZILI, *et al.*,

       *Plaintiffs*,

    v.                                                          Civil Action No. 1:24-cv-03365 (CJN)

ISLAMIC REPUBLIC OF IRAN, *et al.*,

       *Defendants*.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that BAM's Motion to Dismiss, ECF 63, and BHL's Motion to Dismiss, ECF 64, are **GRANTED**; and it is further

**ORDERED** that Plaintiffs' federal claims against BAM and BHL are **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that Plaintiffs' state claims against BAM and BHL are **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that BAM and BHL's Motion to Stay Discovery, ECF 71, and Plaintiffs' Motion to Compel Discovery, ECF 80, are **DENIED** as moot.

DATE:  May 29, 2026

_____
CARL J. NICHOLS
United States District Judge

1